**Order filed June 11, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01052-CV
_____

### JIANGSU JINSHI MACHINERY GROUP CO., LTD., Appellant

### V.

### KANA ENERGY SERVICES, INC., Appellee

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2017-55123**

## ORDER

On January 29, 2019, this court abated this appeal based on the removal of the underlying proceeding to the U.S. District Court for the Southern District of Texas. Once a state case is removed, the state court "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d). The Texas Supreme Court has held section 1446(d) applies to the Texas courts of appeals. *See Meyerland Co. v. F.D.I.C.*, 848 S.W.2d 82, 83 (Tex. 1993) (order).

The court has learned through the Public Access to Court Electronic Records (PACER) system that the case was remanded on May 22, 2019.

The appeal will be reinstated and dismissed for want of prosecution unless any party to the appeal files, by **July 1, 2019**, a motion demonstrating good cause to retain the appeal.

PER CURIAM